UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SUBPOENA TO AOL INC. FOR PRODUCTIO OF NON-CONTENT ELECTRONICALLY STORED INFORMATION | Case No. 16-mc-80001-EDL<br><br>**ORDER VACATING ORDER ENFORCING SUBPOENA**<br><br>Re: Dkt. No. 4 |

On January 27, 2016, this Court granted Movants' motion to enforce a subpoena served on AOL Inc. On January 29, 2016, Movants filed a notice withdrawing their motion and requesting that the above-captioned matter be closed. Accordingly, this Court's January 27, 2016 order is hereby vacated and the clerk is directed to close this matter.

**IT IS SO ORDERED.**

Dated: February 1, 2016

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge